Eric M. Haley, Trustee

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
 §
NICKLAS, KNUT § Case No. 2:12-bk-26256-EPB
NICKLAS, SHARRON §
 §
 §
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on      . The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]      $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was            and the deadline for filing governmental claims was           . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $        . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $      as interim compensation and now requests a sum of $         , for a total compensation of $       [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $     , and now requests reimbursement for expenses of $      , for total expenses of $        [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Eric M. Haley_____
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 12-26256 EPB Judge: EDDWARD P. BALLINGER JR. | Trustee Name: | Eric M. Haley |
|---|---|---|---|
| Case Name: | NICKLAS, KNUT | Date Filed (f) or Converted (c): | 12/11/12 (f) |
| | NICKLAS, SHARRON | 341(a) Meeting Date: | 01/14/13 |
| For Period Ending: 01/15/15 | | Claims Bar Date: | 08/07/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. LOCATION: 7 W ROSE LANE, PHOENIX AZ 85013 | 650,000.00 | 0.00 | OA | 0.00 | FA |
| 2. FINANCIAL ACCOUNTS | 300.00 | 0.00 | | 0.00 | FA |
| BANK OF AMERICA CHECKING ACCT 0090 | | | | | |
| 3. FINANCIAL ACCOUNTS | 1,804.00 | 0.00 | | 0.00 | FA |
| BANK OF AMERICA CHECKING ACCT 9001 | | | | | |
| 4. FINANCIAL ACCOUNTS | 0.00 | 0.00 | | 0.00 | FA |
| BANK OF AMERICA SAVINGS ACCT 9516 | | | | | |
| 5. SECURITY DEPOSITS | 2,000.00 | 0.00 | | 0.00 | FA |
| SECURITY DEPOSIT FOR RESIDENTIAL LEASE | | | | | |
| 6. HOUSEHOLD GOODS | 3,660.00 | 0.00 | | 0.00 | FA |
| DINING ROOM TABLE & CHAIRS; KITCHEN HUTCH; LIVING ROOM SOFAS; LIVING ROOM CHAIRS; COFFEE & END TABLES; LAMPS; BEDS (2); DRESSERS; NGIHT STANDS; VACUUM CLEANER; DVD PLAYER; TELEVISIONS (2); VCR; WASHER & DRYER; MICROWAVE; DESK BEDDING. Location: 7216 N. 1ST PLACE, Phoenix AZ 85020 | | | | | |
| 7. WEARING APPAREL | 800.00 | 0.00 | | 0.00 | FA |
| CLOTHING & SHOES Location: 7216 N. 1ST PLACE, Phoenix AZ 85020 | | | | | |
| 8. FURS AND JEWELRY | 450.00 | 0.00 | | 0.00 | FA |
| ENGAGEMENT AND WEDDING BENDS Location: 7216 N. 1ST PLACE, Phoenix AZ 85020 | | | | | |
| 9. VEHICLES | 15,407.00 | 9,000.00 | | 9,000.00 | FA |
| 2008 LINCOLN MKX 40,000 MI Location: 7216 N. 1ST PLACE, Phoenix AZ 85020 | | | | | |
| 10. VEHICLES | 4,359.00 | 2,000.00 | | 2,000.00 | FA |
| 2002 CHEVY SILVERADO 60,000 MI Location: 7216 N. 1ST | | | | | |

Case No: 12-26256 EPB Judge: EDDWARD P. BALLINGER JR.
Case Name: NICKLAS, KNUT
NICKLAS, SHARRON

Trustee Name: Eric M. Haley
Date Filed (f) or Converted (c): 12/11/12 (f)
341(a) Meeting Date: 01/14/13
Claims Bar Date: 08/07/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| PLACE, Phoenix AZ 85020 | | | | | |
| 11. 2012 FEDERAL INCOME TAX REFUND (u) | Unknown | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $678,780.00 | $11,000.00 | | $11,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR

Initial Projected Date of Final Report (TFR): 12/31/13     Current Projected Date of Final Report (TFR): 12/31/14

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-26256 -EPB | | Trustee Name: | Eric M. Haley |
| --- | --- | --- | --- | --- |
| Case Name: | NICKLAS, KNUT | | Bank Name: | UNION BANK |
| | NICKLAS, SHARRON | | Account Number / CD #: | *******6173 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2082 | | | |
| For Period Ending: | 01/15/15 | | Blanket Bond (per case limit): | $ 0.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/06/13 | 9 | KNUT NICKLAS<br>7216 N. 1ST PLACE<br>PHOENIX, AZ  85020-4807 | PAYMENT #1 VEHICLE EQUITY PURCH SETTLEMENT | 1129-000 | 550.00 | | 550.00 |
| 06/05/13 | 9 | KNUT NICKLAS<br>7216 N. 1ST PLACE<br>PHOENIX, AZ  85020-4807 | VEHICLE EQUITY PAYMENT | 1129-000 | 550.00 | | 1,100.00 |
| 07/03/13 | 9 | KNUT NICKLAS<br>7216 N. 1ST PLACE<br>PHOENIX, AZ  85020-4807 | PAYMENT PER VEHICLE EQUITY PURCH | 1129-000 | 550.00 | | 1,650.00 |
| 07/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,635.00 |
| 08/13/13 | 9 | KNUT NICKLAS<br>7216 N. 1ST PLACE<br>PHOENIX, AZ  85020-4807 | PAYMENT #9 VEH EQUITY | 1129-000 | 550.00 | | 2,185.00 |
| 08/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,170.00 |
| 09/03/13 | 9 | KNUT NICKLAS<br>7216 N. 1ST PLACE<br>PHOENIX, AZ  85020-4807 | VEHICLE EQUITY PAYMENT | 1129-000 | 550.00 | | 2,720.00 |
| 09/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,705.00 |
| 10/02/13 | 9 | KNUT NICKLAS<br>7216 N. 1ST PLACE<br>PHOENIX, AZ  85020-4807 | VEHICLE EQUITY PAYMENT | 1129-000 | 550.00 | | 3,255.00 |
| 10/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,240.00 |
| 11/07/13 | 9 | KNUT NICKLAS<br>7216 N. 1ST PLACE<br>PHOENIX, AZ  85020-4807 | VEHICLE EQUITY PURCHASE PAYMENT | 1129-000 | 550.00 | | 3,790.00 |
| 11/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,775.00 |
| 12/10/13 | 9 | KNUT NICKLAS<br>7216 N. 1ST PLACE | VEH EQUITY PURCH PYMNT | 1129-000 | 550.00 | | 4,325.00 |

Page Subtotals  4,400.00  75.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-26256 -EPB | | Trustee Name: | Eric M. Haley |
| --- | --- | --- | --- | --- |
| Case Name: | NICKLAS, KNUT | | Bank Name: | UNION BANK |
| | NICKLAS, SHARRON | | Account Number / CD #: | *******6173 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2082 | | | |
| For Period Ending: | 01/15/15 | | Blanket Bond (per case limit): | $ 0.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PHOENIX, AZ 85020-4807 | | | | | |
| 12/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,310.00 |
| 01/04/14 | 9 | KNUT NICKLAS | VEHICLE EQUITY PAYMENT | 1129-000 | 550.00 | | 4,860.00 |
| | | 7216 N. 1ST PLACE | | | | | |
| | | PHOENIX, AZ 85020-4807 | | | | | |
| 01/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,845.00 |
| 02/04/14 | 9 | KNUT NICKLAS | VEHICLE EQUITY PURCH PAYMENT | 1129-000 | 550.00 | | 5,395.00 |
| | | 7216 N. 1ST PLACE | | | | | |
| | | PHOENIX, AZ 85020-4807 | | | | | |
| 02/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,380.00 |
| 03/14/14 | 9 | KNUT NICKLAS | SETTLEMENT PAYMENT RE VEHCILE EQUITY | 1129-000 | 550.00 | | 5,930.00 |
| | | 7216 N. 1ST PLACE | | | | | |
| | | PHOENIX, AZ 85020-4807 | | | | | |
| 03/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,915.00 |
| 04/07/14 | 9 | KNUT NICKLAS | PAYMENT PER VEHICLE EQUITY SETTLEMENT | 1129-000 | 550.00 | | 6,465.00 |
| | | 7216 N. 1ST PLACE | | | | | |
| | | PHOENIX, AZ 85020-4807 | | | | | |
| 04/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,450.00 |
| 05/08/14 | 9 | KNUT NICKLAS | VEH PURCH SETTLEMENT PAYMENT | 1129-000 | 650.00 | | 7,100.00 |
| | | 7216 N. 1ST PLACE | | | | | |
| | | PHOENIX, AZ 85020-4807 | | | | | |
| 05/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 7,085.00 |
| 05/30/14 | 9, 10 | KNUT NICKLAS | SETTLEMENT RE VEHICLE EQUITY PYMNT | 1129-000 | 3,500.00 | | 10,585.00 |
| | | 7216 N. 1ST PLACE | | | | | |
| | | PHOENIX, AZ 85020-4807 | | | | | |
| 05/30/14 | 10 | KNUT NICKLAS | FINAL VEHICLE EQUITY SETTLEMENT PAYMENT | 1129-000 | 250.00 | | 10,835.00 |
| | | 7216 N. 1ST PLACE | | | | | |
| | | PHOENIX, AZ 85020-4807 | | | | | |
| 05/30/14 | 300001 | LANE & NACH, P.C. | TRUSTEE ATTORNEY FEES | 3210-000 | | 2,880.00 | 7,955.00 |

Page Subtotals 6,600.00 2,970.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-26256 -EPB | | Trustee Name: | Eric M. Haley |
| --- | --- | --- | --- | --- |
| Case Name: | NICKLAS, KNUT | | Bank Name: | UNION BANK |
| | NICKLAS, SHARRON | | Account Number / CD #: | *******6173 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2082 | | | |
| For Period Ending: | 01/15/15 | | Blanket Bond (per case limit): | $ 0.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/30/14 | 300002 | 2001 E. CAMPBELL SUITE 103 PHOENIX, AZ 85016 LANE & NACH, P.C. 2001 E. CAMPBELL SUITE 103 PHOENIX, AZ 85016 | TRUSTEE ATTORNEY EXPENSES | 3220-000 | | 154.05 | 7,800.95 |

|  |  |  |  |
| --- | --- | --- | --- |
| COLUMN TOTALS | 11,000.00 | 3,199.05 | 7,800.95 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 11,000.00 | 3,199.05 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 11,000.00 | 3,199.05 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********6173) | 11,000.00 | 3,199.05 | 7,800.95 |
| | 11,000.00 | 3,199.05 | 7,800.95 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       154.05

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 2:12-bk-26256-EPB
Case Name: NICKLAS, KNUT
           NICKLAS, SHARRON
Trustee Name: Eric M. Haley

Balance on hand                                                      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Eric M. Haley | $ | $ | $ |
| Trustee Expenses: Eric M. Haley | $ | $ | $ |
| Attorney for Trustee Fees: LANE & NACH, P.C. | $ | $ | $ |
| Attorney for Trustee Expenses: LANE & NACH, P.C. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses       $_____

Remaining Balance                                            $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $            must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | ARIZONA DEPARTMENT OF REVENUE | $ | $ | $ |

Total to be paid to priority creditors  $_____

Remaining Balance  $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | NORDSTROM FSB | $ | $ | $ |
| 000003 | INTERNAL REVENUE SERVICE | $ | $ | $ |
| 000004 | ASSET ACCEPTANCE | $ | $ | $ |
| 000005 | QUANTUM3 GROUP LLC AS AGENT FOR | $ | $ | $ |
| 000006 | QUANTUM3 GROUP LLC AS AGENT FOR | $ | $ | $ |
| 000007 | AMERICAN EXPRESS CENTURION BANK | $ | $ | $ |
| 000008 | AMERICAN EXPRESS BANK, FSB | $ | $ | $ |
| 000009 | ECAST SETTLEMENT CORPORATION, ASSIGNEE | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | ECAST SETTLEMENT CORPORATION, ASSIGNEE | $ | $ | $ |
| 000011 | ECAST SETTLEMENT CORPORATION, ASSIGNEE | $ | $ | $ |
| 000012 | ECAST SETTLEMENT CORPORATION, ASSIGNEE | $ | $ | $ |
| 000013 | LVNV FUNDING, LLC ITS SUCCESSORS AND | $ | $ | $ |
| 000014 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS | $ | $ | $ |
| 000015 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS | $ | $ | $ |
| 000016 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS | $ | $ | $ |
| 000017 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS | $ | $ | $ |
| 000018 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS | $ | $ | $ |
| 000019 | ECAST SETTLEMENT CORP. | $ | $ | $ |

Total to be paid to timely general unsecured creditors  $_____

Remaining Balance  $_____

Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE